# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00574-CV

**In re Marco Antonio Zapata**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Marco Antonio Zapata has filed a petition requesting that this Court issue a writ of mandamus.  We deny the petition.


_____

Bob Pemberton, Justice

Before Justices Pemberton, Rose, and Goodwin

Filed:   August 27, 2013